seat, neither of whom are defendants in this case. The portion of the shotgun viewable in the back seat of the automobile was positioned so as to be in the area where Tramell's feet were resting, and thus not obvious to the other passengers in the back seat, especially in the dark of night. The pistol under Childress's seat was certainly far removed from an area where the defendants could be assumed to know of it. The mere presence of defendants in the car, in and of itself, is not such a fact as to impute knowledge of the concealed weapons. Furthermore, there was no conflict in testimony on this point; in fact, the only testimony adduced at trial on this point was that of the defendants who all denied knowing that the weapons were present in the automobile.

Such tenuous facts do not circumstantially support proof beyond a reasonable doubt of the offense of unlawful use of weapons as to the defendants before this Court.

■■ Finally, the record does not support a finding that the defendants were guilty of the offense of failure to possess a Firearm Owner's Identification Card (Ill. Rev. Stat. 1969, ch. 38, par. 83—14), which at the very least would encompass proof that the defendants owned or possessed, either actually or constructively, the weapons in issue. Ill. Rev. Stat. 1969, ch. 38, par. 83—2.

Judgment reversed.

DEMPSEY and McNAMARA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ISAAC C. CURRY, Defendant-Appellant.

(No. 56591;

First District—April 20, 1972.

Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Walter Parrish and Jeffrey Randall, Assistant State's Attorneys, of counsel,) for the People.

.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM E. PRESNELL (Impleaded), Defendant-Appellant.

(No. 56546;

First District—April 24, 1972.

Gerald M. Werksman, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Michael J. Goldstein, Assistant State's Attorneys, of counsel,) for the People.